**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| OFFICE DEPOT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 9:26-cv-80114-DMM |
| | ) | |
| vs | ) | |
| | ) | |
| ADOBE INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ADOBE INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Adobe Inc. ("Adobe"), submits this corporate disclosure statement: Adobe is a public company, has no parent corporation, and no publicly traded corporation owns 10% or more of Adobe.

Dated: February 27, 2026

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ H. Alan Rothenbuecher*
H. Alan Rothenbuecher (FL0846244)
Meggan A. Louden (*Pro Hac Admission Pending)*
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: arothenbuecher@beneschlaw.com
mlouden@beneschlaw.com

Charanjit Brahma (*Pro Hac Admission Pending)*
Puja V. Parikh *(Pro Hac Admission Pending)*
Ruby H. Kazi *(Pro Hac Admission Pending)*
Grace McElroy (*Pro Hac Admission Pending)*
100 Pine Street, Ste. 3100
San Francisco, CA 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
Email: cbrahma@beneschlaw.com
pparikh@beneschlaw.com
rkazi@beneschlaw.com
gmcelroy@beneschlaw.com

*Attorneys for Defendant Adobe Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ H. Alan Rothenbuecher*
H. Alan Rothenbuecher

*Attorney for Defendant*