**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| OFFICE DEPOT, LLC,<br>*Plaintiff,*<br>v.<br><br>ADOBE INC.,<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 9:26-cv-80114 |

**PLAINTIFF, OFFICE DEPOT, LLC'S CERTIFICATE OF**
**INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Office Depot, LLC, by and through the undersigned counsel, pursuant to the Federal Rules of Civil Procedure, hereby discloses the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

**CERTIFICATE OF INTERESTED PARTIES**

1. Name: Office Depot, LLC
   Interest: Plaintiff

2. Name: Adobe Inc.
   Interest: Defendant

3. Name: ODP Investment, LLC
   Interest: Office Depot, LLC is owned 100% by ODP Investment, LLC

4. Name: The ODP Corporation
   Interest: ODP Investment, LLC is owned 100% by The ODP Corporation

5. Name: ACR Ocean Resources, LLC
   Interest: The ODP Corporation is owned 100% by ACR Ocean Resources, LLC

6. Name: Baker, Donelson, Bearman, Caldwell & Berkowitz PC
   Interest: Attorneys for Plaintiff

7. Name: Benesch, Friedlander, Coplan & Aronoff LLP
   Interest: Attorneys for Defendant

8. Name: Eve A. Cann
   Interest: Attorney for Plaintiff

9. Name: Rebecca N. Reynolds
   Interest: Attorney for Plaintiff

10. Name: H. Alan Rothenbuecher
    Interest: Attorney for Defendant

11. Name: Meggan A. Louden
    Interest: Attorney for Defendant (*Admitted Pro Hac Vice*)

12. Name: Charanjit Brahma
    Interest: Attorney for Defendant (*Admitted Pro Hac Vice*)

13. Name: Puja V. Parikh
    Interest: Attorney for Defendant (*Admitted Pro Hac Vice*)

14. Name: Ruby H. Kazi
    Interest: Attorney for Defendant (*Admitted Pro Hac Vice*)

15. Name: Grace McElroy
    Interest: Attorney for Defendant (*Admitted Pro Hac Vice*)

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

**CORPORATE DISCLOSURE STATEMENT**

Defendant, Office Depot, pursuant to Fed R. Civ. P. 7.1(a)(1), hereby discloses that Office Depot is a limited liability company organized under the laws of the state of Delaware. Office Depot's sole member is ODP Investment, LLC, a Delaware limited liability company with its principal place of business in Boca Raton, Florida. ODP Investment, LLC is wholly owned by The ODP Corporation, a Delaware corporation with its principal place of business in Boca Raton, Florida. The ODP Corporation is a privately held company, wholly owned by ACR Ocean Resources, LLC, a limited liability company organized under the laws of the state of Delaware.

Submitted March 25, 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 East Broward Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-1600
*Counsel for Plaintiff, Office Depot, LLC*

By: *<u>/s/ Eve A. Cann</u>*
Eve A. Cann
Florida Bar No.: 40808
*ecann@bakerdonelson.com*
Rebecca N. Reynolds
Florida Bar No.: 1048963
*rreynolds@bakerdonelson.com*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I served a copy of the foregoing electronically via CM/ECF to all parties/attorneys on the list to receive notice in this case, including but not limited to the following:

H. Alan Rothenbuecher
Meggan A. Louden (*Admitted Pro Hac Vice*)
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.4436
Facsimile: 216.363.4500
arothenbuecher@beneschlaw.com
mlouden@beneschlaw.com

Charanjit Brahma (*Admitted Pro Hac Vice*)
Puja V. Parikh (*Admitted Pro Hac Vice*)
Ruby H. Kazi (*Admitted Pro Hac Vice*)
Grace McElroy (*Admitted Pro Hac Vice*)
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
cbrahma@beneschlaw.com
pparikh@beneschlaw.com
rkazi@beneschlaw.com
gmcelroy@beneschlaw.com

*Counsel for Defendant, Adobe Inc.*

*/s/ Eve A. Cann*
Eve A. Cann